# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

**CANOM KHADAYA WILLIAMS,**

        **Petitioner,**

**v.**                                     **CASE NO. 5:12-cv-108-RS-EMT**

**KENNETH S. TUCKER, as Secretary,**
**Florida Department of Corrections,**

        **Respondent.**
_____/

## ORDER

Before me are the Magistrate Judge's Amended Report and

Recommendation (Doc. 17) and Petitioner's Objections (Doc. 19).

**IT IS ORDERED:**

1.     The Magistrate Judge's Amended Report and Recommendation

        is approved and incorporated in this Order.

2.     Plaintiff's Petition for Writ of Habeas Corpus is **DENIED**.

3.     The certificate of appealability is **DENIED**.

4.     The Clerk is directed to close the file.

**ORDERED** on December 6, 2012.

                        /S/ Richard Smoak
                        **RICHARD SMOAK**
                        **UNITED STATES DISTRICT JUDGE**